*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lotz Designers, Engineers & Constructors, Inc.

Debtor(s)

Case No: 01–37899–bif

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Bruce I. Fox , United States Bankruptcy Judge to consider:

Motion For The Recovery of Unclaimed Funds

on: 2/8/10

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

388 – 387
Form 167