IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Lotz Designers, Engineers & Constructors, Inc.

Case Number 01-37899
Chapter Number 7

Debtor(s)       /

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Economy Decorators, Inc, in the amount of $1,985.10 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that a Motion for the Recovery of Unclaimed Funds having been filed, said motion having been served on the US Attorney for the Eastern District of Pennsylvania and there being no objections filed, it is further appearing that Economy Decorators, Inc now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,985.10, to:

Economy Decorators, Inc
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125

Dated: _____

_____
United States Bankruptcy Judge

Application Submitted By:

Dated: December 31, 2009     Respectfully Submitted:     /s/ Jardanian Josephs
                                                          Jardanian Josephs, Esquire
                                                          Pa. I.D. 88667
                                                          PO Box 22144
                                                          Pittsburgh, PA 15222-0144
                                                          Ph: (412) 979-0552
                                                          Fax: (412) 281-6009